UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

IN RE:       Padilla / Lopez
CASE NO.:

## CHAPTER 7 LIQUIDATION ANALYSIS

| | |
|---|---|
| Total Value of Personal Property: | $33,300 |
| Total Value of Real Property: | $0 |
| Total Secured Claims against Personal Property (not to exceed value of property): | $19,000 |
| Total Secured Claims against Real Property (not to exceed value of property): | $0 |
| Total Personal Property Exemptions Claimed (equity only): | $14,300 |
| Total Real Property Exemptions Claimed (equity only): | $0 |
| NET VALUE OF NON-EXEMPT PROPERTY | $0 |

DATED: January 20, 2023

/s/ *Patrick A. True*
PATRICK A TRUE, WSBA 26079
Attorney for the Debtor