# Notice Recipients

District/Off: 0980–2          User: notice          Date Created: 01/20/2023
Case: 23–00066–WLH13          Form ID: 309I          Total: 30

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

```
db        Jose Padilla            1806 Loren Ave.         Yakima, WA 98902–5730
jdb       Gabriella Lopez         1806 Loren Ave.         Yakima, WA 98902–5730
ust       US Trustee      US Court House      920 W Riverside Ave, Suite 593      Spokane, WA 99201
tr        Daniel H. Brunner       Chapter 13 Office       PO Box 1513     Spokane, WA 99201–1513
aty       Patrick A True          True Law Group          PO Box 568      Yakima, WA 98907
smg       State of Washington     Department of Revenue   2101 4th Ave, Ste 1400     Seattle, WA 98121–2300
4217052   Action Collectors       PO Box 2365     Yakima, WA 98907–2365
4217053   Arrowhead Advance       9620 Las Vegas Blvd S Ste 567    Las Vegas, NV 89123–6507
4217054   Capital One     PO Box 30281    Salt Lake City, UT 84130–0281
4217055   Credit One Bank         PO Box 60500    City of Industry, CA 91716–0500
4217056   EZ Bucks        715 W 1st St    Wapato, WA 98951–1152
4217057   Fingerhut Advantage     PO Box 166      Newark, NJ 07101–0166
4217058   First Premier   PO Box 5524     Sioux Falls, SD 57117–5524
4217059   Genesis/Milestone       PO Box 84059    Columbus, GA 31908
4217060   HAPO    601 Williams Blvd       Richland, WA 99354–3258
4217061   Indigo Mastercard       PO Box 4477     Beaverton, OR 97076–4401
4217062   Kay Jewelers    PO Box 3680     Akron, OH 44309–3680
4217063   Les Schwab      20900 Cooley Rd         Bend, OR 97701–3406
4217064   Money Tree      PO Box 58363    Seattle, WA 98138–1363
4217065   Morgan Jewelers         PO Box 45820    Salt Lake City, UT 84145–0820
4217066   National General Insurance      5630 University Pkwy
4217068   Progressive Leasing     256 W Data Dr   Draper, UT 84020–2315
4217069   Puget Sound Energy      10885 NE 4th St         Bellevue, WA 98004–5579
4217070   Solarity Credit Union   PO Box 2922     Yakima, WA 98907–2922
4217071   US Cellular     Dept. 0205      Palatine, IL 60055
4217072   Verizon Wireless        PO Box 26055    Minneapolis, MN 55426–0055
4217073   Walla Walla County District Court       317 W Rose St     Walla Walla, WA 99362–1881
4217074   Wells Fargo Bank        MAC N9777–112   PO Box 5169      Sioux Falls, SD 57117–5169
4217075   Westlake Financial      PO Box 54807    Los Angeles, CA 90054–0807
4217067   Winston Salem, NC 27105–1312    One Main Financial      PO Box 183172   Columbus, OH
          43218–3172
```

TOTAL: 30