PATRICK A. TRUE
True Law Group, PS
105 S. 3rd Street, Ste 100
Yakima, WA 98901
509-248-7272
ptcmeef@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

IN RE:

JOSE PADILLA & GABRIELLA LOPEZ

Debtor(s)

Case No.: 23-00066

**MODIFICATION OF PLAN AND NOTICE THEREOF**

Debtor modifies the Plan previously filed in these proceedings in the following respects:

1. Debtor modifies paragraph Part 6: Executory Contracts and Unexpired Leases, 6.3 Rejections:
    a) Creditor: NPRTO West, LLC (Claim Number 4)
       Type of Agreement: rent to own / personal property lease
       Description of Property/Claim: mattress/bedding
    b) Creditor: Progressive Leasing (Claim Number 5)
       Type of Agreement: rent to own / personal property lease
       Description of Property/Claim: furniture

All other aspects of the Plan remain unchanged. It is certified that the Modified Plan proposes to be completed within five years after the time that first payment under the original confirmed plan was due. It is further certified that this Notice has been served upon all affected entities.

MODIFICATION OF PLAN AND
CERTIFICATE OF NO ADVERSE AFFECT        1

**NOTICE IS GIVEN** that, unless an Objection to this Modification of Plan is filed with the U.S. Bankruptcy Court for the Eastern District of Washington, Third Floor, US Post Office Building, 904 W. Riverside Ave., Suite 304, Spokane, WA 99201, and served upon the undersigned, and upon Daniel H. Brunner, Chapter 13 Trustee, PO Box 1513, Spokane, WA 99210, no later than 23 days of the date of this Modification of Plan and Notice Thereof, the Plan as modified shall become the Plan.

DATED: February 10, 2023

/s/ Patrick A. True
PATRICK A. TRUE, WSBA 26079